UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                                                                    Bankr. Case No. 25-62943-PWB-7

Brittany Angelique Lewis                                                                                              Chapter 7
     Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>AmeriCredit Financial Services, Inc. dba GM Financial
>PO Box 183853
>Arlington, TX  76096

By  /s/  Mandy Youngblood

>Mandy Youngblood
>PO Box 183853
>Arlington, TX  76096
>877-203-5538
>877-259-6417
>Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:  Bankr. Case No. 25-62943-PWB-7

Brittany Angelique Lewis  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on November 18, 2025 :

| | |
|---|---|
| Curt Olof Lindstrom, II<br>191 Peachtree St. NE, Ste 3285<br>Atlanta, GA 30303 | Tamara Miles Ogier<br>Ogier, Rothschild & Rosenfeld PC<br>P. O. Box 1547<br>Decatur, GA 30031 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx31830 / 1122926