

**IT IS ORDERED as set forth below:**

Date: January 8, 2026

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| Brittany Lewis, | ) |
| Debtor(s). | ) |
| | ) |
| | ) CASE NO. 25-62943-pwb |
| Progress Residential Borrower 13, LLC | ) CHAPTER 7 |
| | ) |
| Movant. | ) Judge Paul W. Bonapfel |
| | ) |
| V. | ) CONTESTED MATTER |
| | ) |
| Brittany Lewis, Debtor(s), | ) |
| Tamara miles Ogier, Trustee | ) |
| | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On December 8, 2025, Progress Residential Borrower 13, LLC, (hereinafter, "Movant")

1

filed a Motion For Relief From Automatic Stay (Doc. No. 12) (the "Motion"). The Motion concerns rented real property known as 4782 Brookwood Pl, Atlanta, GA 30349 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property. Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s 362(s) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any

collection activities on said post-petition judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

Curt Olof Lindstrom II
The Semrad Law Firm, LLC
191 Peachtree St NE, Ste 3285
Atlanta, GA 30303
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tamara Miles Ogier
Ogier, Rosenfeld & Steil, P.C.
PO Box 1547
Decatur, GA 30031
Chapter 7 Trustee

Brittany Lewis, Debtor
4782 Brookwood Pl
Atlanta GA 30349

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-62943-pwb |
| Brittany Angelique Lewis | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brittany Angelique Lewis, 4782 Brookwood Pl, Atlanta, GA 30349-3947 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Weinberg | on behalf of Debtor Brittany Angelique Lewis ganb.courtview@slfcourtview.com |
| Curt Olof Lindstrom, II | on behalf of Debtor Brittany Angelique Lewis clindstrom@semradlaw.com ganb.courtview@SLFCourtview.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 13 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tamara Miles Ogier | tmo@orratl.com jc@orratl.com;tmo@trustesolutions.net |

TOTAL: 5