Certificate Number: 13858-GAN-DE-040666179

Bankruptcy Case Number: 25-62943



13858-GAN-DE-040666179

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2026, at 2:49 o'clock PM EST, Brittany Angelique Lewis completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   February 26, 2026            By:   /s/Shauna B. Curtsinger

                                     Name:  Shauna B. Curtsinger

                                     Title:  Counselor